IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALVIN WASHINGTON, | : |
|     Plaintiff | : |
|     v. | : Case No. 3:20-cv-180-KRG-KAP |
| CORRECTIONS OFFICER BREGMAN, | : |
|     Defendant | : |

### Memorandum Order

    Plaintiff's motion for a discovery conference, ECF no. 35, is denied. A conference is unnecessary. The "Motion for Discovery" at ECF no. 36 is denied. It is a request for production and under Local Civil Rule 5.4 if it had not been styled as a motion would not have been filed in the first place.

DATE: August 2, 2023

_____
Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel and by U.S. Mail to:

Alvin Washington LX-3049
S.C.I. Houtzdale
P.O. Box 1000
Houtzdale, PA 16698

1