IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALVIN WASHINGTON, : | |
|     Plaintiff : | |
|   v. : | Case No. 3:20-cv-180-KRG-KAP |
| CORRECTIONS OFFICER BREGMAN, : | |
|     Defendant : | |

<u>Memorandum Order</u>

The motion for reconsideration at ECF no. 42 is granted as follows: discovery is re-opened for the purpose of producing (assuming they exist and no objection is made) the three video recordings requested by plaintiff, which in my understanding of DOC procedures is normally accomplished by making the videos available for review through the prison's security department.

I assume this may take more time at this time of year. The schedule for summary judgment motions and pretrial statements is accordingly moved back: summary judgment motions are due on or before January 31, 2024, with responses by March 2, 2024, and pretrial statements to be filed after any dispositive motions are decided. In the absence of summary judgment motions, plaintiff's pretrial statement is due February 28, 2024, and defendant's is due March 31, 2024.

DATE: November 20, 2023

_____
Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel and by U.S. Mail to:

Alvin Washington LX-3049
S.C.I. Houtzdale
P.O. Box 1000
Houtzdale, PA 16698