IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALVIN WASHINGTON,                    :
       Plaintiff                         :
      v.                                :  Case No. 3:20-cv-180-KAP
CORRECTIONS OFFICER BREGMAN,         :
      Defendant                         :

Memorandum Order

      The motion for reconsideration at ECF no. 47 is denied. Plaintiff's disbelief of counsel's representation that all existing videos were produced does not impeach that representation. "[S]ince we know that this recording exists," Motion ¶10, supported by nothing but plaintiff's *ipse dixit*, is inadequate. No more court time will be spent on this issue.

      No motions for summary judgment were filed. Plaintiff must file his pretrial statement on schedule. If counsel for defendant has the ability to make the plaintiff available for a pretrial conference by videoconferencing, counsel should let my courtroom deputy know and we will have the pretrial conference by Zoom because there is no point to wasting resources to bring the plaintiff here given the more than adequate alternatives. Counsel should also give my courtroom deputy her best estimate as to dates the defendant is available for trial. There are an unusual number of cases becoming trial ready this year and scheduling trials that accommodate everyone's schedule may be more difficult as a result.

      Plaintiff's complaints about the mail are noted but do not justify the proposed interference with the Department of Correction's attempt to limit the introduction of contraband into prisons.

DATE:  February 22, 2024

_____
Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel and by U.S. Mail to:

      Alvin Washington LX-3049
      S.C.I. Houtzdale
      P.O. Box 1000
      Houtzdale, PA 16698