IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALVIN WASHINGTON, | : |
|     Plaintiff | : |
|     v. | : Case No. 3:20-cv-180-KAP |
| CORRECTIONS OFFICER BREGMAN, | : |
|     Defendant | : |

<u>Memorandum Order</u>

The motion for sanctions at ECF no. 52 is denied. When I denied the motion for reconsideration at ECF no. 47 in February, see ECF no. 48, I stated "No more court time will be spent on this issue." I meant that.

I also meant it when I stated "Plaintiff must file his pretrial statement on schedule." Plaintiff is now a month overdue, and defendant has moved at ECF no. 49 to dismiss for failure to prosecute. Plaintiff shall file his pretrial statement forthwith, and on or before April 15, 2024 separately file a response to the motion to dismiss.

DATE: April 1, 2024

_____
Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel and by U.S. Mail to:

    Alvin Washington LX-3049
    S.C.I. Houtzdale
    P.O. Box 1000
    Houtzdale, PA 16698